217 So.2d 411

### Vernon L. CARTER

v.

'HENRY R. MANN, CONTRACTOR, et al.

No. 49600.

Jan. 20, 1969.

In re: Vernon L. Carter applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Winn. 216 So.2d 135.

Writ refused. On the facts found by the Court of Appeal, we find no error of law in its judgment.

■

217 So.2d 411

### OSBORN FUNERAL HOME, INCORPORATED

v.

### LOUISIANA STATE BOARD OF EMBALMERS et al.

No. 49606.

Jan. 20, 1969.

In re: Osborne Funeral Home, Incorporated applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Caddo. 216 So.2d 145.

Writ ·refused. There appears no error of law in the judgment of the Court of Appeal.